UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND ANDREW THOMPSON, | ) | No. CV 09-2345-PSG(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| WARDEN, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that this petition is summarily dismissed as duplicative of another petition pending in this court.

DATED: 4/21/0̶9̶

PHILIP S. GUTIERREZ
United States District Judge